IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JASON MOOREHEAD,<br>　　　　　Plaintiff,<br><br>　　　v.<br><br>SCHOOL DISTRICT OF THE CITY OF<br>ALLENTOWN, *et al.*,<br>　　　　　Defendants. | :<br>:<br>:<br>:　Civil No. 5:22-cv-03959-JMG<br>:<br>:<br>:<br>: |

**ORDER**

**AND NOW**, this 9th day of July, 2024, upon consideration of Defendants' Motion for Summary Judgment (ECF No. 65), Defendants' Statement of Undisputed Facts Relating to their Motion for Summary Judgment (ECF No. 66), Defendants' Motion for Summary Judgment Appendix (ECF. No. 67), and Plaintiff's Response in Opposition to Defendants' Motion for Summary Judgment (ECF No. 70), and any exhibits attached thereto,

**IT IS HEREBY ORDERED** that Defendants' Motion for Summary Judgment (ECF No. 65) is **GRANTED in part**.

a. Defendants' Motion (ECF No. 65) is **GRANTED** as it relates to Count III (due process).

b. Judgment is **ENTERED** in favor of Defendants as to Count III (due process).

c. Defendants' Motion (ECF No. 65) is **DENIED** as to Count I (First Amendment retaliation regarding expression, assembly, and petition for redress).

d. Defendants' Motion (ECF No. 65) is **DENIED** as to Count II (First Amendment retaliation regarding political affiliation).

**IT IS FURTHER ORDERED** that Count V (seeking declaratory and equitable relief) is **DISMISSED** *sua sponte*.

BY THE COURT:

*/s/ John M. Gallagher*
JOHN M. GALLAGHER
United States District Court Judge