IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JASON MOOREHEAD, | : |
|     Plaintiff, | : |
| | : |
|     v. | :   Civil No. 5:22-cv-03959-JMG |
| | : |
| SCHOOL DISTRICT OF THE CITY OF ALLENTOWN, *et al.*, | : |
|     Defendants. | : |

## ORDER

**AND NOW**, this 15th day of July, 2024, upon consideration of Defendants' Motion for Summary Judgment (ECF No. 65), Defendants' Brief in Support of Supplemental Motion For Summary Judgment Pursuant To Fed.R.Civ.P. 56 (ECF No. 100), Plaintiff's Corrected Supplemental Brief on Count IV Opposing Request for Summary Judgment (ECF No. 102), and any exhibits attached thereto,

**IT IS HEREBY ORDERED** that Defendants' Motion for Summary Judgment (ECF No. 65) is further **GRANTED** as follows:

a. Defendants' Motion (ECF No. 65) is **GRANTED** as it relates to Count IV (Fourth, Fifth, and Fourteenth Amendment).

b. Judgment is **ENTERED** in favor of Defendants as to Count IV.

**IT IS FURTHER ORDERED** that all holdings, conclusions, and reasoning in the Court's Order (ECF No. 74) and Memorandum Opinion (ECF No. 73) granting in part Defendants' Motion for Summary Judgment (ECF No. 65) remain unaltered and in full effect.

BY THE COURT:

*/s/ John M. Gallagher*
JOHN M. GALLAGHER
United States District Court Judge