UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Jason Moorehead<br>*Plaintiff*<br><br>V.<br><br>School District of the City of Allentown et al.<br><br>*Defendants* | Civil Action No.:<br>5:22-cv-03959-JMG<br><br><br>*Jury Trial Demanded* |

### PLAINTIFF'S RESPONSE TO DEFENDANTS' MOTION IN LIMINE TO PRECLUDE REFERENCES TO JULY 13, 2024

Plaintiff will not be referring to the events of July 13, 2024, at trial, and thus does not oppose that requested relief. This non-opposition should not be construed as agreement with the content of Defendants' motion, only the relief requested.

*Respectfully Submitted,*
FRANCIS ALEXANDER, LLC
*/s/ AJ Fluehr*
Alfred Joseph (AJ) Fluehr, Esquire
Attorney ID No.: 316503
31 S. Chester Road
Swarthmore, PA 19081
T: (215) 341-1063
F: (215) 500-1005
*Law Firm / Lawyers for Plaintiff*
*/d/ July 19, 2024*

## CERTIFICATE OF SERVICE

I hereby state that a true and correct copy of the foregoing Plaintiff's Response to Preclude Reference to July 13, 2024 is being filed with the Court of record and thereafter being served to counsel of record via ECF:

John E. Freund III, Esquire
Brian Taylor, Esquire
King, Spry, Herman, Freund & Faul LLC
One West Broad Street | Suite 700
Bethlehem, PA  18018
T: (610) 332-0390
F: (610) 332-0314

*****
*Respectfully submitted,*
FRANCIS ALEXANDER, LLC

*/s/ AJ Fluehr*

Alfred Joseph (AJ) Fluehr, Esquire
Attorney ID No.: 316503
31 S. Chester Road
Swarthmore, PA 19081
T:  (215) 341-1063
F:  (215) 500-1005
*Law Firm / Lawyers for Plaintiff*

*/d/ July 19, 2024*