# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JASON MOOREHEAD,<br>    Plaintiff,<br><br>v.<br><br>SCHOOL DISTRICT OF THE CITY OF ALLENTOWN, *et al.*,<br>    Defendants. | Civil No. 5:22-cv-03959-JMG |

## CIVIL JUDGMENT

**AND NOW**, this 16th day of August, 2024, in accordance with the unanimous verdict of a civil jury; **IT IS HEREBY ORDERED** that Judgment is entered in favor of

**PLAINTIFF AS TO DEFENDANT SCHOOL DISTRICT**

**DEFENDANT AS TO DEFENDANT THOMAS PARKER**

**PLAINTIFF AS TO DEFENDANT NANCY WILT**

**PLAINTIFF AS TO DEFENDANT LISA CONOVER**

**PLAINTIFF AS TO DEFENDANT PHOEBE HARRIS**

BY THE COURT:
ATTEST:

*/s/ Christine C. Stein*
CHRISTINE C. STEIN, *Deputy Clerk*

Civ 1 (4/21)