IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JASON MOOREHEAD** : <br> Plaintiff, : <br> : <br> v. : <br> : <br> **SCHOOL DISTRICT OF THE** : <br> **CITY OF ALLENTOWN,** *et al*. : <br> Defendants. : | Civil No. 5:22-cv-03959-JMG |

**ORDER**

**AND NOW**, this 31st day of March, 2025, upon consideration of Plaintiff's Motion for New Trial (ECF No 181), Defendants' Response in Opposition (ECF No. 189), Plaintiff's Reply Brief in Support of his Motion for New Trial on Damages (ECF No. 200), and Defendants' Sur-Reply in Further Opposition to Plaintiff's Motion for a New Trial (ECF No. 206), **IT IS HEREBY ORDERED** that Plaintiff's Motion for New Trial (ECF No. 181) is **DENIED**.

BY THE COURT:

*/s/ John M. Gallagher*
JOHN M. GALLAGHER
United States District Court Judge