IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JASON MOOREHEAD** : <br> Plaintiff, : <br> : <br> v. : <br> : <br> **SCHOOL DISTRICT OF THE** : <br> **CITY OF ALLENTOWN**, *et al.* : <br> Defendants. : | Civil No. 5:22-cv-03959-JMG |

**ORDER**

**AND NOW**, this 6th day of June, 2025, upon consideration of Plaintiff's Motion for Section 1988 Costs and Fees (ECF No. 174), Defendants' Response in Opposition (ECF No. 190), Plaintiff's Reply in Further Support (ECF No. 201), Defendants' Sur-Reply in Further Opposition (ECF No. 210), Plaintiff's Supplemental Briefing in Support (ECF No. 230), Defendant's Supplemental Briefing in Opposition (ECF No. 229), and the arguments made on the record in court on May 6, 2025, **IT IS HEREBY ORDERED** that Plaintiff's Motion for Section 1988 Costs and Fees (ECF No. 174) is **GRANTED IN PART**.

**IT IS FURTHER ORDERED** that Plaintiff is awarded **$814,879.50** in Attorneys' Fees and **$157,717.98** in costs for a total of **$972,597.48.**

**IT IS FURTHER ORDERED** that the Clerk of Court is **DIRECTED** to **CLOSE** this case.

BY THE COURT:

*/s/ John M. Gallagher*
JOHN M. GALLAGHER
United States District Court Judge